Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Tammy Coursey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Tammy Coursey , | Case No.: 2:11-cv-01633-MCE -KJN |
|---|---|
| Plaintiff, | **VOLUNTARY WITHDRAWAL** |
| vs. | |
| Northstar Location Services, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Tammy Coursey ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: */s/   Tammy Hussin*
Tammy Hussin  *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, Tammy Coursey

IT IS SO ORDERED.  Given Plaintiff's withdrawal as set forth above, this case is hereby dismissed in its entirety.  The Clerk of Court is directed to close the file.

Dated:  September 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2